IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

LISA SUTER, Register No. 85985,       )
                                       )
                 Plaintiff,            )
                                       )
            v.                         )        No. 06-4032-CV-C-SOW
                                       )
STATE OF MISSOURI,                     )
                                       )
                 Defendant.            )

### ORDER

　　　IT IS ORDERED that the Clerk of Court is directed to redraw the above-styled case from the Constitutional Deck.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　SCOTT O. WRIGHT
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

Dated: July 25, 2006
Kansas City, Missouri