IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LISA S. SUTER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 06-4032-CV-W-HFS |
| ) | |
| STATE OF MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM TO COUNSEL**

A Preliminary Injunction Hearing has been scheduled in this matter on August 14, 2006. Due to the limited time available, plaintiff is directed to file her reply briefs, if any, on or before August 8, 2006.

IT IS SO ORDERED

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

August 3, 2006

Kansas City, Missouri